CHESTER BOWLES, Administrator, Office of Price Administration, et al., Movants, v. MRS. JOE GRIFFITH, Opposed.

Court of Appeals of Kentucky.

June 8, 1945.

Fritz Krueger, District Attorney, O. P. A. and Joseph S. Freeland for movants.

R. L. Myre opposed.

PER CURIAM.

Appeal denied; Judgment affirmed.

GRACE PETREY, Movant, v. A. C. PATTERSON, Opposed.

Court of Appeals of Kentucky.

May 8, 1945.

Cleon K. Calvert for movant.

W. L. Hammond opposed.

PER CURIAM.

Motion denied. Judgment affirmed. The order granting plaintiff a cross-appeal is set aside without prejudice to his right to prosecute an original appeal if he so desires.

VERNON FLYNN, Movant, v. EUNICE BARKET EDWARDS, Opposed.

Court of Appeals of Kentucky.

June 8, 1945.

Shumate & Shumate for movant.

W. L. Kash and John W. Walker opposed.

PER CURIAM.

Appeal denied; Judgment affirmed.